UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SPARTAN BUSINESS SOLUTIONS LLC
D/B/A SPARTAN CAPITAL,

                              *Plaintiff*,

   -- against –

MARQUIS CATTLE COMPANY INC.
D/B/A MARQUIS CATTLE COMPANY;
MONTANA MOUNTAIN BISON, INC.;
MCC TRUCKING LLC;
M HANGING 6 RANCH LLC D/B/A PUMP'T;
MARQUIS CATTLE INC.; and
CORY SHANNON MARQUIS,

                              *Defendants*.
---------------------------------------------------------X

23 Civ. 06728 (FPG)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the following defendants:

        (1) Marquis Cattle Company Inc. d/b/a Marquis Cattle Company,
        (2) Montana Mountain Bison, Inc.,
        (3) MCC Trucking LLC,
        (4) M Hanging 6 Ranch LLC, and
        (5) Marquis Cattle Inc.,

states there are no corporate affiliates, subsidiaries, and/or parent corporations nor any publicly held corporation owning 10% or more of the stock of any of these five defendants.

In addition, each of these defendants is a citizen of Montana. The three corporations have Montana as the state of incorporation and their principal place of business (*i.e.*, Marquis Cattle Company Inc. d/b/a Marquis Cattle Company, Montana Mountain Bison, Inc., and Marquis Cattle Inc.).

The two limited liability companies (*i.e.*, MCC Trucking LLC and M Hanging 6 Ranch LLC d/b/a Pump't) were formed under the laws of Montana. The two individual members of MCC Trucking LLC are each a natural person, and each person is a citizen of Montana. The two individual members of M Hanging 6 Ranch LLC are each a natural person, and each person is a citizen of Montana.

Individual Defendant Cory Shannon Marquis is a citizen of Montana.

Dated:  Rochester, NY
December 27, 2023

/s/ *Brian Goodwin*
Brian R. Goodwin
Goodwin Law Firm
75 South Clinton Square, Suite 510
Rochester, NY 14604
(585) 353-7084

*Attorney for Defendants*

To:  Jason A. Gang, Esq.
The Law Office of Jason Gang
1245 Hewlett Plaza, #478
Hewlett, NY 11447

*Attorneys for Plaintiff*