# EXHIBIT 7

# EMAIL REGARDING DEFAULT JUDGMENT

| | |
|---|---|
| **From:** | steve@wellspc.com |
| **To:** | "David Kasell" |
| **Cc:** | jason@jasongang.com; will@wellspc.com; julie@wellspc.com |
| **Subject:** | RE: NYSCEF Alert: Monroe - Other Matters - Contract - Other - <SUMMONS + COMPLAINT> E2023003269 (Spartan Business Solutions LLC v. Marquis Cattle Company Inc et al) |
| **Date:** | Monday, December 18, 2023 1:30:04 PM |

David,

I am following up on email below and a voicemail that I left for you at 1:24 p.m. this afternoon.  Your clients are in default in responding to the complaint in this action.  Please file an answer by December 21, 2023.  If you fail to do so, we will move for a default judgment on 12/22.

Jules, calendar for Friday.

Steve

Steven W. Wells
_____

WELLS LAW P.C.

229 Warner Road
Lancaster, New York 14086
(716) 983-4750
*steve@wellspc.com*

---

**From:** steve@wellspc.com <steve@wellspc.com>
**Sent:** Tuesday, December 12, 2023 9:28 PM
**To:** 'David Kasell' <david@merchantcashdefense.com>
**Cc:** jason@jasongang.com; will@wellspc.com; julie@wellspc.com
**Subject:** FW: NYSCEF Alert: Monroe - Other Matters - Contract - Other - <SUMMONS + COMPLAINT> E2023003269 (Spartan Business Solutions LLC v. Marquis Cattle Company Inc et al)

David,

Your clients' time to respond to the complaint has expired .  Please file an answer by Friday to avoid us filing a motion for default judgment.

Thanks,

Steve

Steven W. Wells
_____

WELLS LAW P.C.

229 Warner Road
Lancaster, New York 14086
(716) 983-4750
steve@wellspc.com

**From:** efile@nycourts.gov
**Date:** December 12, 2023 at 2:12:05 PM CST
**To:** evelyn@jasongang.com, dkasellesq@gmail.com, mrulison@nycourts.gov, will@wellspc.com, jj15951@gmail.com, steve@wellspc.com, julie@wellspc.com, jason@jasongang.com, max@jasongang.com, lpallen@nycourts.gov, amanda@jasongang.com, marie@jasongang.com
**Subject:** NYSCEF Alert: Monroe - Other Matters - Contract - Other - <SUMMONS + COMPLAINT> E2023003269 (Spartan Business Solutions LLC v. Marquis Cattle Company Inc et al)



# Monroe County Supreme Court
# CASE JUDGE ASSIGNED 12/12/2023

On 12/12/2023, **Judge Kevin M. Nasca was assigned** to the case listed below.

# Case Information

Index #: **E2023003269**

Caption: **Spartan Business Solutions LLC v. Marquis Cattle Company Inc et al**
Assigned Case Judge: **Kevin M. Nasca**

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**