UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SPARTAN BUSINESS SOLUTIONS LLC
D/B/A SPARTAN CAPITAL,

                      *Plaintiff*,

    -- against –

MARQUIS CATTLE COMPANY INC.;
D/B/A MARQUIS CATTLE COMPANY;
MONTANA MOUNTAIN BISON, INC.;
MCC TRUCKING LLC;
M HANGING 6 RANCH LLC D/B/A PUMP'T;
MARQUIS CATTLE INC.; and
CORY SHANNON MARQUIS,

                      *Defendants*.
--------------------------------------------------------X

23 Civ. 06728 (FPG)

**NOTICE OF APPEAL**

Notice is hereby given that Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from all of the decision of this Court entered on February 29, 2024 (CM/ECF No. 16).

Dated: Rochester, NY
April 1, 2024

                                          /s/ *Brian Goodwin*
                                          Brian R. Goodwin
                                          Goodwin Law Firm
                               75 South Clinton Square, Suite 510
                                          Rochester, NY 14604
                                               (585) 353-7084
                    bgoodwin.lawofficesofbrgoodwin@gmail.com

                                             *Attorney for Defendants*

/s/ David Kasell
David M. Kasell, Esq.
Kasell Law Firm
1038 Jackson Avenue, #4
Long Island City, NY 11101
david@merchantcashdefense.com
(718) 404-6668

*Attorney for Defendants*

To: Steven W. Wells, Esq.
Wells Law P.C.
229 Warner Road
Lancaster, NY 14086

Jason A. Gang, Esq.
The Law Office of Jason Gang
1245 Hewlett Plaza, #478
Hewlett, NY 11447

*Attorneys for Plaintiff*