**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand twenty-four.

---

Spartan Business Solutions LLC,

    Plaintiff - Appellee,

v.

Marquis Cattle Company Inc., d/b/a Marquis Cattle Company, Montana Mountain Bison, Inc., MCC Trucking LLC, M Hanging 6 Ranch LLC, d/b/a Pump't, Cory Shannon Marquis, Marquis Cattle Inc.,

    Defendants - Appellants.

---

**ORDER**

Docket No. 24-868

Appellants move for withdrawal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/13/2024**